

JOHN M. PETERSON (NY BAR)
RICHARD F. O'NEILL (WA & DC BARS)
MICHAEL K. TOMENGA (DC BAR)
LAWRENCE J. BOGARD (DC BAR)
MARIA E. CELIS (NY & DC BARS)
JOHN B. TOTARO, JR. (DC BAR)
PATRICK B. KLEIN (NY BAR)
SANZIDA TALUKDER (NY BAR)

**ONE EXCHANGE PLAZA**
**55 BROADWAY, SUITE 2602**
**NEW YORK, NEW YORK 10006**

————

(212) 635-2730

www.npllptradelaw.com

1310 L STREET, N.W., SUITE 300
WASHINGTON, DC 20005
T: (202) 861-2959

701 FIFTH AVE
SUITE 4200-2159
SEATTLE, WA 98104
T: (206) 905-3648

February 12, 2026

**By ECF**

Hon. Naomi Reice Buchwald, Judge
United States Courthouse, Courtroom 21A
500 Pearl St.
New York, NY 10007

Re: Detour Design Studio LLC v. Body Glove IP Holdings LP et al., Court No. 1:25-cv-10667-NRB (S.D.N.Y); Letter Requesting Adjournment of Teleconference

Dear Hon. Naomi Reice Buchwald,

We submit this letter in response to this Court's order of February 12, 2024, ECF 15, requesting the parties appear telephonically for an initial conference before the Court on March 3, 2026 at 12:30pm.

Undersigned counsel respectfully requests, in accordance with Local Civil Rule 7.1, an adjournment of the scheduled telephonic conference owing to the fact that it will be engaged in oral arguments for *Cyber Power Systems (USA) Inc. v. United States*, Case No. 1:21-cv-00200-CRK, in the United States Court of International Trade, which is scheduled for the same day as the ordered teleconference, starting at 11AM.

On February 12, 2026, undersigned counsel contacted opposing counsel and obtained their consent for an adjournment in this case. There have been no previous requests for adjournment or extension in the above captioned case. As the matter involves an initial teleconference, the requested adjournment does not affect any other scheduled dates, and a proposed Revised Scheduling Order is not necessary.



Please contact undersigned counsel if you have any questions.

Respectfully,

/s/ John M. Peterson
John M. Peterson,
Patrick B. Klein,
Neville Peterson LLP
55 Broadway, Ste. 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

Application granted.  The Initial
Pretrial Conference will be held on
Thursday, March 19, 2026, at 11:00 AM.

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated:    February 24, 2026
          New York, New York